3

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE   *CAB-00-150*

| Service of the Summons and Complaint was made by me[1] | DATE 1/19/01 | |
|---|---|---|
| NAME OF SERVER *(PRINT)* Lisa Brodyaga | TITLE Attorney | United States District Court Southern District of Texas FILED |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served : _____

FEB 0 1 2001

Michael N. Milby
Clerk of Court

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted : _____

☑ Other (specify): *Certified Mail RRR*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/28/01___
*Date*

_____
*Signature of Server*

_____
*Address of Server*

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* | B. Date of Delivery 1-19-01 |
| | C. Signature X _____ | ☐ Agent ☐ Addressee |
| 1. Article Addressed to: MS Atty PO Box 61129 Houston, Tx 77208 | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No | |
| | 3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*     ☐ Yes | |
| 2. Article Number *(Copy from service label)* 7000 0520 0023 5677 099 | | |

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952