IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 14 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| RAMIRO SAYAS-AGUIRRE,      ) | |
|     Petitioner,    ) | |
|                    ) | |
| v.    ) | Civil Action No. B-00-150 |
|                    ) | |
| E.M. TROMINSKI, INS    ) | |
| DISTRICT DIRECTOR, et al.    ) | |
|     Respondents.    ) | |

## UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE
## THE PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW, Respondents, by and through Mervyn M. Mosbacker, United States Attorney for the Southern District of Texas, and hereby files this Unopposed Motion to Dismiss Without Prejudice in this case.

On January 22, 2001, Immigration regulations became final which give the Petitioner the ability move to reopen his administrative proceedings before the Board of Immigration Appeals. If the Petitioner is successful, he will be allowed to pursue an application for relief pursuant to 8 U.S.C. §1182(c) before an immigration judge. Therefore, because of these new regulations, the Petitioner has not exhausted all his administrative remedies.

1

For this reason, this Court should dismiss this petition for writ of habeas corpus without prejudice.

Respectfully submitted,

FRANK W. HUNGER
Assistant Attorney General
Civil Division

MERVYN M. MOSBACKER
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Fax: (956) 389-7057

Date:   March 13, 2001

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

    Lisa S. Brodyaga, Esquire
    Refugio Del Rio Grande
    17891 Landrum Park Rd.
    San Benito, TX 78586

on this the \_\_\_\_13th\_\_\_\_ day of _____March_____, 2001.

                                            Lisa M. Putnam
                                            Special Assistant U.S. Attorney

4