IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 28 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAMIRO SAYAS-AGUIRRE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. B-00-150 |
| ) | |
| E.M. TROMINSKI, INS ) | |
| DISTRICT DIRECTOR, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

Upon consideration of the arguments of Petitioner and Respondent, the Court finds that Respondent's motion to dismiss without prejudice should be granted.

It is therefore

ORDERED, ADJUDGED AND DECREED that the petition for habeas corpus is dismissed without prejudice.

This is a final Order.

Done this 28th day of March, 2001, in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE